UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER O. CABILLO, <br> Plaintiff. <br> v. <br> J&J WORLDWIDE SERVICES, INC., et al., <br> Defendants. | Case No. 17-cv-03984-JCS <br><br> **ORDER OF DISMISSAL** <br> Re: Dkt. No. 31 |

The Court having been advised that the parties have agreed to a settlement of this case,

IT IS HEREBY ORDERED that this case is dismissed in its entirety with prejudice; provided, however, that if any party hereto shall certify to this Court, within ninety (90) days, with proof of service of a copy thereon to opposing counsel, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this case shall forthwith be restored to the calendar to be set for trial.

IT IS SO ORDERED.

Dated: January 11, 2018

JOSEPH C. SPERO
Chief Magistrate Judge